THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Johnny Ray
 Wilkins, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2011-UP-482 
Submitted October 1, 2011  Filed October
 28, 2011 

APPEAL DISMISSED

 
 
 
Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
Attorney General Alan M. Wilson, Chief Deputy Attorney General
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Johnny
 Ray Wilkins appeals his conviction for armed robbery, arguing the circuit court
 erred in refusing to grant his motion for a directed verdict.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.